IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIE CARUSO, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-277 GMS |
| SUPERIOR COURT OF DELAWARE, et al., | : |
| Defendants. | : |

ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION ABSENT TIMELY OBJECTION

This Order is issued upon consideration of the Report and Recommendation of United States Magistrate Judge Christopher J. Burke issued on April 12, 2013 (D.I. 11), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been received.

Accordingly, it is this ___19th___ day of June, 2013, by the United States District Court for the District of Delaware, ORDERED that:

1. Magistrate Judge Burke's Report Recommendation is hereby ADOPTED; and

2. The Motion to Dismiss (D.I. 5) filed by Sandra Autman, Roger Kling, Maureen Frederick, Susan Judge, and the Superior Court of Delaware is GRANTED in PART and DENIED in PART as therein set forth Magistrate Judge Burke's Report and Recommendation.

_____
CHIEF, UNITED STATES DISTRICT JUDGE